**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6850**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

ANDREW TIRESAY DULA,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-95-30-V, CA-98-61-V)

_____

Submitted:  September 28, 2001        Decided:  November 30, 2001

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Andrew Tiresay Dula, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Tiresay Dula seeks to appeal the district court order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Dula, Nos. CR-95-30-V; CA-98-61-V (W.D.N.C. Mar. 30, 2001). We deny Dula's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2